**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6106**

JULIAN EDWARD ROCHESTER,

Plaintiff - Appellant,

versus

GREG REED, Deputy; STEVE PRUITT; RICK THOMPKINS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  William B. Traxler, Jr., District
Judge. (CA-95-2278-2-21AJ)

Submitted:  April 15, 1996          Decided:  May 3, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Julian Edward Rochester, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rochester v. Reed</u>, No. CA-95-2278-2-21AJ (D.S.C. Dec. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>